FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendants, Panasonic Corporation
Of North America and Jason Etheridge

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| TARINA STRONG, an individual, | Case No. 3:19-cv-00736-LRH-WGC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | (First Request) |
| PANASONIC CORPORATION OF NORTH AMERICA, a foreign corporation, and JASON ETHERIDGE, an individual. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Panasonic Energy Company of North America, a division of Panasonic Corporation of North America (named in the Complaint as Panasonic Energy Corporation of North America) and Jason Etheridge will have an extension of time up to and including April 3, 2020, to answer or otherwise respond to Plaintiff's Amended Complaint (ECF No. 2). Defense counsel has recently been retained and needs additional time to review the 204 paragraphs of allegations in the Amended

Complaint and all the relevant files.  This is the first request for an extension of this deadline.

| FISHER & PHILLIPS | THE GEDDES LAW FIRM, P.C. |
|---|---|
| By: /s/ <br> Scott M. Mahoney, Esq. <br> 300 S. Fourth Street #1500 <br> Las Vegas. NV 89101 <br> Attorney for Defendant | By: /s/ <br> William J. Geddes <br> Kristen R. Geddes <br> 8600 Technology Way, Suite 107 <br> Reno, Nevada 89521 <br> Attorney for Plaintiff |

IT IS SO ORDERED.
DATED:  February 27, 2020.

_____
U.S. MAGISTRATE JUDGE

FP 37234035.1

- 2 -