FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendants, Panasonic Corporation
Of North America and Jason Etheridge

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| TARINA STRONG, an individual, | ) Case No. 3:19-cv-00736-LRH-WGC |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| v. | ) **EXTEND TIME TO RESPOND TO** |
| | ) **COMPLAINT** |
| PANASONIC CORPORATION OF NORTH AMERICA, a foreign corporation, and JASON ETHERIDGE, an individual. | ) (Second Request) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Panasonic Energy Company of North America, a division of Panasonic Corporation of North America (named in the Complaint as Panasonic Energy Corporation of North America) and Jason Etheridge will have an extension of time up to and including April 27, 2020, to answer or otherwise respond to Plaintiff's Amended Complaint (ECF No. 2). Due to matters relating to COVID-19, defense counsel has not been able to receive and review all the information and documentation necessary to respond to the 204-paragraph Amended Complaint. This is the second request for an

- 1 –

37462862
FP 37462862.1

extension of this deadline.

| FISHER & PHILLIPS | THE GEDDES LAW FIRM, P.C. |
|---|---|
| By:_____/s/_____<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendant | By:_____/s/_____<br>William J. Geddes<br>Kristen R. Geddes<br>8600 Technology Way, Suite 107<br>Reno, Nevada 89521<br>Attorney for Plaintiff |

IT IS SO ORDERED:

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 26, 2020

37462862
FP 37462862.1