FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorneys for Defendants, Panasonic Corporation
Of North America and Jason Etheridge

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (RENO)**

| | |
|---|---|
| TARINA STRONG, an individual, | ) Case No.  3:19-cv-00736-LRH-WGC |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| v. | ) **EXTEND TIME TO RESPOND TO** |
| | ) **COMPLAINT** |
| PANASONIC CORPORATION OF | )          **(Third Request)** |
| NORTH AMERICA, a foreign corporation, | ) |
| and JASON ETHERIDGE, an individual. | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Panasonic Energy Company of North America, a division of Panasonic Corporation of North America (named in the Complaint as Panasonic Energy Corporation of North America) and Jason Etheridge will have an extension of time up to and including May 22, 2020, to answer or otherwise respond to Plaintiff's Amended Complaint (ECF No. 2).  Due to matters relating to COVID-19, defense counsel has not been able to receive and review all the information and documentation necessary to respond to the 204-paragraph Amended Complaint.  This is the third request for an

37660421

- 1 –

1  extension of this deadline.

| FISHER & PHILLIPS | THE GEDDES LAW FIRM, P.C. |
|---|---|
| By:_____/s/_____<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendant | By:_____/s/_____<br>William J. Geddes<br>Kristen R. Geddes<br>8600 Technology Way, Suite 107<br>Reno, Nevada 89521<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 24, 2020