**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (RENO)**

| | |
|---|---|
| TARINA STRONG, an individual, | ) Case No. 3:19-cv-00736-LRH-WGC |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND DEADLINE TO FILE** |
| v. | ) **DISMISSAL** |
| | )      **(First Request)** |
| PANASONIC CORPORATION OF NORTH AMERICA, a foreign corporation, and JASON ETHERIDGE, an individual. | ) ) ) ) |
| Defendants. | ) ) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the parties shall have up to and including December 21, 2020 to submit a Stipulation and Order for Dismissal to the Court. The parties have agreed on the language of a Settlement Agreement, which is in the process of being executed, but payment will not become due until a couple weeks after the expiration of the current

- 1 –

1 | deadline.  This is the first request for an extension of this deadline.

2 | FISHER & PHILLIPS                              THE GEDDES LAW FIRM, P.C.

4 | By: __/s/ Scott M. Mahoney, Esq._____         By: _/s/ William J. Geddes, Esq.__
Scott M. Mahoney, Esq.                          William J. Geddes
300 S. Fourth Street #1500                      Kristen R. Geddes
Las Vegas. NV 89101                             8600 Technology Way, Suite 107
Attorney for Defendant                          Reno, Nevada 89521
                                                Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 30th day of November, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE