**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (RENO)**

| | |
|---|---|
| TARINA STRONG, an individual, | ) Case No. 3:19-cv-00736-LRH-WGC |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND DEADLINE TO FILE** |
| v. | ) **DISMISSAL** |
| | )     **(Second Request)** |
| PANASONIC CORPORATION OF | ) |
| NORTH AMERICA, a foreign corporation, | ) |
| and JASON ETHERIDGE, an individual. | ) |
| | ) |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the parties shall have up to and including January 6, 2021 to submit a Stipulation and Order for Dismissal to the Court. The parties have signed a Settlement Agreement, but payment will not become due under its terms until December 31, 2020.

///

///

///

- 1 –

This is the second request for an extension of this deadline.

| FISHER & PHILLIPS | THE GEDDES LAW FIRM, P.C. |
|---|---|
| By: __/s/ Scott M. Mahoney, Esq._____<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendant | By: _/s/ William J. Geddes, Esq.__<br>William J. Geddes<br>Kristen R. Geddes<br>8600 Technology Way, Suite 107<br>Reno, Nevada 89521<br>Attorney for Plaintiff |

IT IS SO ORDERED:

DATED this 18th day of December, 2020

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE