**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (RENO)**

| | |
|---|---|
| TARINA STRONG, an individual, | ) Case No. 3:19-cv-00736-LRH-WGC |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| | ) **DISMISSAL** |
| v. | ) |
| PANASONIC CORPORATION OF NORTH AMERICA, a foreign corporation, and JASON ETHERIDGE, an individual. | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

| FISHER & PHILLIPS | THE GEDDES LAW FIRM, P.C. |
|---|---|
| By: _/s/ Scott M. Mahoney, Esq._ | By: _/s/ William J. Geddes, Esq._ |
| Scott M. Mahoney, Esq. | William J. Geddes |
| 300 S. Fourth Street #1500 | 8600 Technology Way, Suite 107 |
| Las Vegas. NV 89101 | Reno, Nevada 89521 |
| Attorney for Defendant | Attorney for Plaintiff |

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE
Dated: January 5, 2021